UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN

In re:                                                                 Case No.: 15-16391-AJC
                                                                       Chapter 13
NORMA T. TOCA,
SSN: xxx-xx-1733

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of *60* months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.  $ 625-       for months  1  to 60  ;
   B.  $ _____    for months ___ to ___ ;
   C.  $ _____    for months ___ to ___ ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 6000-   Total Paid $ 3000-
                  Balance Due  $ 3000-   Payable  $ 500-/month (Months  1  to  6  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
   Account No. _____

         Arrearage on Petition Date        $ _____
Arrears Payment          $_____/month  (Months _____ to _____)
Arrears Payment          $_____/month  (Months _____ to _____)
Regular Payment          $_____/month  (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ to ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]: None

Unsecured Creditors: Pay $ 68.50 /month (Months  1  to  6  ), $ 562.50 /month (Months  7  to  60 ) and $ _____/month (Months ___ to ___). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

A. Income Verification Provisions: The debtor is advised that the chapter 13 trustee has requested that the debtor comply with § 521(f) 1-4 on an annual basis during the pendency of this case. The debtor acknowledges that the deadline for providing the Trustee with his filed tax returns is modified to be on or before May 15th of each year the case is pending and that the debtor shall provide the Trustee with verification of his disposable income if the gross household income increases by more than 3% over the previous year's income.

B. Debtor is current on payments to Nationstar Mortgage, LLC and shall continue to pay this secured creditor directly and outside of the plan as provided for in Debtor's Schedules I and J. The secured creditor shall continue to retain its lien on the collateral pursuant to 11 U.S.C. § 1325(a)(5).

Date: May 15, 2015                    /s/ *Peter Spindel*
                                      PETER SPINDEL
                                      Florida Bar No. 816183
                                      Attorney for Debtor
                                      Peter Spindel, Esq., PA
                                      P.O. Box 166245
                                      Miami, Florida 33116-6245

3724.1501/toca1.pla

LF-31 (rev. 01/08/10)